Donna M. Mezias (SBN 111902)
Aaron L. Agenbroad (SBN 242613)
JONES DAY
555 California Street, 25th Floor
San Francisco, CA  94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
CELLCO PARTNERSHIP
d/b/a VERIZON WIRELESS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| **LINDA BATISTE,** | Case No.   3:05-cv-04362-PJH |
| **Plaintiff,** | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| **VERIZON WIRELESS,** | |
| **Defendant.** | |

Pursuant to the Federal Rule of Civil Procedure 41 (a)(1), the parties to the above-captioned action, by and through their respective counsel of record, hereby stipulate that this action be and hereby is dismissed in its entirety with prejudice.  The parties shall bear their own attorneys' fees and costs of suit incurred herein.

Dated:       February 12, 2007        LAW OFFICES OF JOSEPH L. ALIOTO AND
                                       ANGELA ALIOTO


                                       By:     /S/ Steven L. Robinson
                                              Steven L. Robinson

                                       Attorneys for Plaintiff
                                       LINDA BATISTE

STIPULATION OF DISMISSAL WITH PREJUDICE
SFI-560959v1

1

Case No.   3:05-cv-04362-PJH

1  Dated:     February 12, 2007          JONES DAY

3                                        By:    /S/ Aaaron L. Agenbroad
                                                Aaron L. Agenbroad

         Attorneys for Defendant
         CELLCO PARTNERSHIP d/b/a VERIZON
         WIRELESS

10  PURSUANT TO STIPULATION, IT IS SO ORDERED,

12  Dated:     February 12, 2007

         IT IS SO ORDERED
         Judge Phyllis J. Hamilton

STIPULATION OF DISMISSAL WITH
PREJUDICE                                                 Case No.   3:05-cv-04362-PJH
SFI-560959v1
                                    2